## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re: Perforadora Oro Negro, S. de R.L. de C.V. and Integradora de Servicios Petroleros, S.A.P.I. de C

Bankruptcy Case No.:
18–11094–scc

ORO NEGRO PRIMUS PTE., LTD.
ORO NEGRO LAURUS PTE., LTD.
ORO NEGRO FORTIUS PTE., LTD.
ORO NEGRO DECUS PTE., LTD.
ORO NEGRO IMPETUS PTE., LTD.
ORO NEGRO DRILLING PTE. LTD.

Plaintiff(s),

–against–

Adversary Proceeding No.
21–01091–scc

ALTERNA CAPITAL PARTNERS, LLC
AMA CAPITAL PARTNERS, LLC
ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.
GHL INVESTMENTS (EUROPE) LTD.
MARITIME FINANCE COMPANY LTD
ROGER ALAN BARTLETT
ROGER ARNOLD HANCOCK
SHIP FINANCE INTERNATIONAL LTD.

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: |
| --- |
| **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| **Serafina Concannon**<br>**Quinn Emanuel Urquhart & Sullivan, LLP**<br>**1300 I Street NW**<br>**Suite 900**<br>**Washington, DC 20005** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
| --- | --- |
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Register at www.court–solutions.com, Dial: (646)760–4600 five mins before hrg, SCC Teleconference Line<br><br>Date and Time: 4/27/21 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 3/9/21

Vito Genna

*Clerk of the Court*

By: /s/  Carmen Ortiz

*Deputy Clerk*